**McCARTER & ENGLISH, LLP**
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
(973) 622-4444
Attorneys for Defendants,
   AstraZeneca Pharmaceuticals LP,
   AstraZeneca LP, and Zeneca Holdings Inc.

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ARHUR NEGRETE, | Civil Action No. 3:09-cv-4081-MLC-LHG |
|         Plaintiff, | |
| vs. | Honorable Mary L. Cooper, U.S.D.J. |
| | Honorable Lois H. Goodman, U.S.M.J. |
| I-FLOW CORPORATION, STRYKER CORPORATION, STRYKER SALES CORPORATION, MCKINLEY MEDICAL, LLC, MOOG INC., CURLIN MEDICAL, INC., ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA LP, ZENECA HOLDINGS INC., HOSPIRA, INC., ABBOTT LABORATORIES, EASTMAN KODAK COMPANY, DOES 1-5 and DOES 6-10, inclusive, | **STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** |
|         Defendants. | |

## STIPULATION OF DISMISSAL AS TO ALL DEFENDANTS

IT IS STIPULATED AND AGREED that, pursuant to F.R.C.P. 41(a)(1)(A)(ii), any and

all claims asserted and/or assertable by Plaintiff Arthur Negrete against the undersigned

Defendants in the above-captioned lawsuit shall be dismissed without prejudice to re-filing in a

federal district court of the United States, but with prejudice to re-filing in a court of any state,

commonwealth, or territory of the United States.

MEI 9207947v.1

IT IS FURTHER STIPULATED that each party shall bear its own costs and fees.

SO ORDERED.

Signed this _12th_ day of _Nov._, 2009

_____
Honorable Mary L. Cooper, U.S.D.J.

AGREED TO:

Counsel for Plaintiff

_____
Christopher A. Seeger
SEEGER WEISS LLP
550 Broad Street, Suite 920
Newark, NJ 07102
(973) 639-9100

Dated: OCTOBER 19, 2009

2

ME1 9207947v.1

Counsel for Defendant I-Flow Corporation

Kelly A. Waters
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP
33 Washington Street
18th Floor
Newark, NJ 07102
(973) 624-0800

Dated: _____10/20/09_____

3

ME1 9207947v.1

Counsel for Defendants Stryker Corporation and
Stryker Sales Corporation

_____
Kim M. Catullo
GIBBONS P.C.
One Gateway Center
Newark, NJ 07102
(973) 596-4500

Dated: __10/21/09_____

4

Counsel for Defendants McKinley Medical LLC,
Moog, Inc., & Curlin Medical, Inc.

Daniella D. Dacunzo
Fredrick Harold Fern
HARRIS BEACH PLLC
One Gateway Center
Suite 2500
Newark, NJ 07102
(973) 848-1244

Dated: _10/19/09_

5

MB1 9207947v.1

Counsel for Defendants AstraZeneca Pharmaceuticals, Inc.,
AstraZeneca LP, and Zeneca Holdings Inc.

Debra M. Perry
MCCARTER & ENGLISH, LLP
4 Gateway Center
100 Mulberry Street
Newark, NJ 07102
(973) 622-4444

Dated: ___10/19/09___

6

Counsel for Defendants Hospira, Inc. and Abbott Laboratories


Joseph E. O'Neil
Ricky M. Guerra
LAVIN, O'NEIL, RICCI, CEDRONE & DISIPIO
1300 Route 73, Suite 307
Mt. Laurel, NJ 08054
(856) 778-5544

Dated: ___10/19/09___


7

MEI 9207947v.1